# FINANCIAL DISCLOSURE REPORT

Government Act of 1978, as amend
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) CAVANAUGH, DENNIS M. | 2. Court or Organization U.S. District Court District of New Jersey | 3. Date of Repo 5 / 3 / 00 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Nominee

**5. Report Type (check type)**

X Nomination, Date ___ / ___ / ___

___ Initial    ___ Annual    ___ Final

**6. Reporting Period**

/ /
to
/ /

**7. Chambers or Office Address**

Martin Luther King Jr. Federal Building
& Court House
50 Walnut St., Newark, NJ

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____    Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 1999-2000 | Seton Hall University School of Law | $4,000.00 |
| 2 | Annual Salary - Tompkins McGuire & Wachenfeld | S |
| 3 | Annual Salary - Corzine 2000 Campaign | S |
| 4 | Annual Salary - Essex County Board of Chosen Freeholders | S |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 35-55 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Series EE Savings Bonds | | | J | T | Exempt | | | | |
| Putnam Investments – Linda Cavanaugh Custodian for son Joseph | A | Div. | J | T | Exempt | | | | |
| Merrill Lynch OID – Linda Cavanaugh Custodian for son Joseph | A | Div. | J | T | Exempt | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,000-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _____ May 3, 2000 _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# NET WORTH

Dennis M. & Linda L. Cavanaugh

APRIL 2000

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5, | 000 | | Notes payable to banks—secured | 0 | | |
| U.S. Government securities—add schedule | 0 | | | Notes payable to banks—unsecured | 25, | 000 | |
| Listed securities—add schedule | 0 | | | Notes payable to relatives | 0 | | |
| Unlisted securities—add schedule | 0 | | | Notes payable to others | 0 | | |
| Accounts and notes receivable: | 0 | | | Accounts and bills due | | | |
| Due from relatives and friends | 0 | | | Unpaid income tax | 0 | | |
| Due from others | 0 | | | Other unpaid tax and interest | 0 | | |
| Doubtful | 0 | | | Real estate mortgages payable—add schedule    Summer Home | 330,  30, | 000  000 | |
| Real estate owned—add schedule Residence       Summer Home | 425,  225, | 000  000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 0 | | | Other debts—itemize: | | | |
| Autos and other personal property | 35, | 000 | | Education Loans (Daughter) | 45, | 000 | |
| Cash value—life insurance | | | | Education Loans (Son) | 12, | 000 | |
| Other assets—itemize: | | | | Credit Cards: | | | |
| 401(K) US Gov't. Thrift Plan | 16, | 000 | | Discover Card | 6, | 000 | |
| Series E Savings Bonds | 7, | 000 | | VISA | 5, | 000 | |
| | | | | Total Liabilities | 453, | 000 | |
| | | | | Net Worth | 260, | 000 | |
| Total Assets | 713, | 000 | | Total Liabilities and net worth | 713, | 000 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | | Are any assets pledged?  (Add schedule.) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |